1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM P STAMFORD;<br>SERITA A STAMFORD; and Does 1-10,<br><br>    Defendants | Case No.: 2:13-CV-02332-MCE-KJN<br><br>**ORDER** |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Stipulation for Dismissal within 45 days.

**IT IS SO ORDERED.**

Dated:  January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT