UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM P STAMFORD; SERITA A STAMFORD; and Does 1-10<br><br>　　　　Defendants. | Case: 2:13-CV-02332-MCE-KJN<br><br>**ORDER** |

　　　Pursuant to Plaintiff Scott Johnson's Notice of Dismissal, ECF No. 7, this matter is dismissed with prejudice in its entirety.

　　　IT IS SO ORDERED.

Dated: January 13, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT